AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Briana Bethea, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:22-cv-02790-BHH |
| | ) |
| First Citizens Corporation et al , | ) |
| | ) |
| *Defendants* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: The Court hereby adopts and specifically incorporates the Magistrate Judge's Report (ECF No. 31); the Court overrules Plaintiff's objections (ECF No. 32); and the Court grants both First Citizens' and the individual Defendants' motions to dismiss (ECF Nos. 21 and 22).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ Decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:  September 28, 2023
Charleston, South Carolina

*ROBIN L. BLUME, CLERK OF COURT*

s/D. Gray

*Signature of Clerk or Deputy Clerk*