# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Briana Bethea, individually and on behalf of all others similarly situated;<br><br>     Plaintiff,<br><br>v.<br><br>First-Citizens Bank & Trust Company; Jason Maurer, individually; Eric Crain, individually, and Reeves Skeen, individually,<br><br>     Defendants. | **Case No.: 2:22-cv-02790-BHH-MHC** |

## NOTICE OF APPEAL

  Notice is hereby given that Briana Bethea, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered by the Court on September 27, 2023 [ECF No. 37] and Judgment entered on September 28, 2023 [ECF No. 38].

Dated: October 27, 2023     Respectfully submitted,

                */s/Paul Doolittle*
                Paul J. Doolittle (6012)
                Blake G. Abbott (13354)
                **POULIN | WILLEY |**
                 **ANASTOPOULO, LLC**
                32 Ann Street
                Charleston, SC 29403
                (P): (803) 222-2222
                (F): (843) 494-5536

Email:
paul.doolittle@poulinwilley.com
blake.abbott@poulinwilley.com

Casey Martens (#12812)
Kim & Lahey Law Firm, LLC
3260 Pelham Rd. #213
Greenville, SC 29615
(864) 973-6688
Cmartens@kimandlahey.com

**ATTORNEYS FOR PLAINTIFF**