FILED: September 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2142
(2:22-cv-02790-BHH)
_____

BRIANA BETHEA, individually and on behalf of all similarly situated

   Plaintiff - Appellant

v.

FIRST CITIZENS BANK & TRUST COMPANY; JASON MAURER, individually; ERIC CRAIN, individually; REEVES SKEEN, individually

   Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered August 29, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Nwamaka Anowi, Clerk